UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW O. CLASON,<br><br>Defendant. | **CASE NO. 3:20-CV-01279-MPS** |

## ORDER

IT IS HEREBY ORDERED that, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the TRO [Dkt. No. 8], as modified by the Court's orders of September 14, 2020 [Dkt. No. 16] and September 30, 2020 [Dkt. No. 21], is hereby converted to a preliminary injunction that shall remain in effect during the pendency of this action with an additional modification to Section IV.D. as follows: "Upon application of the Parties and counsel for Stephanie Clason, Stephanie Clason shall be permitted to file an action for divorce in the State of Connecticut, provided however, that counsel for Ms. Clason shall inform this Court and the Commission of any applications, orders, or other filings that may impact property and assets subject to this Order."

The Court will take no action, however, in response to requests by counsel for Ms. Clason until such counsel files an appearance in this case.

Dated this 5th day of October, 2020.

/s/
Michael P. Shea, U.S.D.J.